UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALFREDO VARGAS,

    Plaintiff,

    v.

ANDREW SAUL, Commissioner of Social Security,[1]

    Defendant.

No. 2:18-CV-02339 VEB

<u>ORDER AWARDING EAJA FEES</u>

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS HEREBY

ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS AND 00/100 ($1,775.00) subject to the terms of the Stipulation.

DATE: July 8, 2019     <u>/s/Victor E. Bianchini</u>
                                VICTOR E. BIANCHINI
                                UNITED STATES MAGISTRATE JUDGE

---

[1] On June 17, 2019, Andrew M. Saul took office as Social Security Commissioner. The Clerk of the Court is directed to substitute Commissioner Saul as the named defendant in this matter pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

-1-